IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| In re: Judith Lynn Gibbs | ) | CIVIL 15-00050 DKW-BMK |
| | ) | |
| Debtor. | ) | USBC Case No. 11-03070 |
| _____ | ) | Chapter 7 |
| | ) | |
| Dane S. Field, | ) | **Adversary Proceeding** |
| | ) | **No. 14-90035** |
| Plaintiff, | ) | |
| | ) | ORDER ADOPTING |
| vs. | ) | BANKRUPTCY JUDGE'S |
| | ) | RECOMMENDATION TO |
| Bank of America, N.A., | ) | DISTRICT COURT TO |
| | ) | WITHDRAW REFERENCE TO |
| Defendant. | ) | CONDUCT JURY TRIAL |
| _____ | ) | |

ORDER ADOPTING BANKRUPTCY JUDGE'S
RECOMMENDATION TO DISTRICT
<u>COURT TO WITHDRAW REFERENCE TO CONDUCT JURY TRIAL</u>

Recommendation to District Court to Withdraw Reference to Conduct Jury Trial been filed on 2/23/2015 and served on all parties on 2/23/2015 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 157(c)(1) and Rule 9033(d) of the Federal Rules of Bankruptcy Procedure, the

"Recommendation to District Court to Withdraw Reference to Conduct Jury Trial" are adopted as the opinion and order of this Court.

DATED: March 12, 2015 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*In Re: Judith Lynn Gibbs/Dane S. Field v. Bank of America*; CIVIL 15-00050 DKW-BMK; **ORDER ADOPTING BANKRUPTCY JUDGE'S RECOMMENDATION TO DISTRICT COURT TO WITHDRAW REFERENCE TO CONDUCT JURY TRIAL**