**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

Debtor(s): **JUDITH LYNN GIBBS**  Chapter 7  Case No. 11-03070

Plaintiff(s): ("et al." if multiple) **DANE S. FIELD**  A.P. No. 14-90035

vs. Defendant(s): ("et al." if multiple) **BANK OF AMERICA, N.A.**

## NOTICE OF TRANSMITTAL TO DISTRICT COURT

The following document or matter is being transmitted to the district court for further attention:

Bankruptcy Judge's Recommendation to Approve Stipulation Amending District Court Scheduling Order

Suggested Cause of Action (District CM/ECF):

THIS CONCERNS CIVIL NO. 15-00050 DKW-BMK

Suggested Nature of Suit (District CM/ECF):

☐ Filing fee paid or no fee due.  ☐ Filing fee not paid.

| Party | | Role | |
|---|---|---|---|
| Party | | Role | |
| Party | | Role | |
| Party | | Role | |

☐ Additional parties  ☐ Docket sheet attached  ☐ Attorney list attached

Dated: October 26, 2015  Michael B. Dowling, Clerk