IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| In re: Judith Lynn Gibbs | ) | CIVIL 15-00050 DKW-BMK |
| | ) | |
| Debtor. | ) | USBC Case No. 11-03070 |
| _____ | ) | Chapter 7 |
| | ) | |
| Dane S. Field, | ) | **Adversary Proceeding No. 14-** |
| | ) | **90035** |
| Plaintiff, | ) | |
| | ) | ORDER ADOPTING |
| vs. | ) | BANKRUPTCY JUDGE'S |
| | ) | RECOMMENDATION THAT THE |
| | ) | DISTRICT COURT APPROVE |
| | ) | STIPULATION TO AMEND RULE |
| Bank of America, N.A., | ) | 16 SCHEDULING ORDER; |
| | ) | EXHIBIT "A" |
| Defendant. | ) | |
| _____ | ) | |

ORDER ADOPTING BANKRUPTCY JUDGE'S
RECOMMENDATION THAT THE DISTRICT COURT APPROVE
STIPULATION TO AMEND RULE 16 SCHEDULING ORDER; EXHIBIT "A"

Recommendation That The District Court Approve Stipulation To Amend

Rule 19 Scheduling Order; Exhibit "A" filed on 10/26/2015 and served on all

parties on 10/26/2015 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C.

§ 157(c)(1) and Rule 9033(d) of the Federal Rules of Bankruptcy Procedure, the

"Recommendation That The District Court Approve Stipulation To Amend Rule 19 Scheduling Order; Exhibit "A" are adopted as the opinion and order of this Court.

DATED: November 12, 2015 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*In Re: Judith Lynn Gibbs, Debtor, Dane S. Field v. Bank of America, NA;*
Civil No. 15-00050 DKW-BMK; USBC Case No. 11-03070 Chapter 7; Adversary Proceeding No. 14-90035; ORDER ADOPTING BANKRUPTCY JUDGE'S RECOMMENDATION THAT THE DISTRICT COURT APPROVE STIPULATION TO AMEND RULE 16 SCHEDULING ORDER; EXHIBIT "A"